

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-413-853

**Effective Date of Registration:**
July 16, 2024
**Registration Decision Date:**
September 23, 2024

---

## Title

**Title of Work:** Halloween Slime

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** October 12, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Yazel Media LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Yazel Media LLC
PO BOX 492, Mentone, IN, 46539, United States

---

## Rights and Permissions

**Organization Name:** Yazel Media LLC
**Name:** Paisley Yazel
**Email:** spookishdelight@gmail.com
**Address:** PO BOX 492
Mentone, IN 46539 United States

## Certification

**Name:** David Denholm
**Date:** July 16, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-413-880

**Effective Date of Registration:**
July 16, 2024
**Registration Decision Date:**
September 23, 2024

---

## Title

**Title of Work:** Spooky Mushroom Hunt

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 04, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Yazel Media LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Yazel Media LLC
PO BOX 492, Mentone, IN, 46539, United States

## Rights and Permissions

**Organization Name:** Yazel Media LLC
**Name:** Paisley Yazel
**Email:** spookishdelight@gmail.com
**Address:** PO BOX 492
Mentone, IN 46539 United States

## Certification

**Name:** David Denholm
**Date:** July 16, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-412-309

**Effective Date of Registration:**
July 16, 2024
**Registration Decision Date:**
September 12, 2024

---

## Title

**Title of Work:** Watercolor Bats Purple on Black

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** March 20, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Yazel Media, LLC, employer of Paisley Yazel
  **Pseudonym:** Paisley Hansen; Spookish Delight; Praying Possum
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Yazel Media LLC
PO BOX 492, Mentone, IN, 46539, United States

## Rights and Permissions

**Organization Name:** Yazel Media LLC
**Name:** Paisley Yazel
**Email:** spookishdelight@gmail.com
**Address:** PO BOX 492
Mentone, IN 46539 United States

## Certification





# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-413-868

**Effective Date of Registration:**
July 16, 2024
**Registration Decision Date:**
September 23, 2024

## Title

**Title of Work:** Shoujo Manga Black

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** July 20, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Yazel Media LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Yazel Media LLC
PO BOX 492, Mentone, IN, 46539, United States

## Rights and Permissions

**Organization Name:** Yazel Media LLC
**Name:** Paisley Yazel
**Email:** spookishdelight@gmail.com
**Address:** PO BOX 492
Mentone, IN 46539 United States

## Certification

**Name:** David Denholm
**Date:** July 16, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-413-878

**Effective Date of Registration:**
July 16, 2024
**Registration Decision Date:**
September 23, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Skull Tartan Plaid in Black |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | October 30, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Yazel Media LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Yazel Media LLC |
| | PO BOX 492, Mentone, IN, 46539, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Yazel Media LLC |
| **Name:** | Paisley Yazel |
| **Email:** | spookishdelight@gmail.com |
| **Address:** | PO BOX 492 |
| | Mentone, IN 46539 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

