**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

YAZEL MEDIA LLC,

    Plaintiff,                              Case No.: 1:26-cv-03329

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | Fresh Rainbow |
| 2 | Doublelift: clearance sales today |
| 3 | MINYAU"Deals Up to 50%" |
| 4 | JWNYJFB |
| 5 | caobaifeng |
| 6 | WHHFOOH(7-12 Business Days Delievered) |
| 7 | ZHENGMING |
| 8 | Ruixinchengwangluo |
| 9 | ★❤★ Swrowesi ★❤★ 2024 PRIME DAY —75% OFF |
| 10 | Clearance Sale OF ZEFOTIM |
| 11 | YSMKQY |
| 12 | Campbell4 |
| 13 | POBIYEIO |
| 14 | Jnyipe |
| 15 | Prime Day Deal of ACCIDENTALLY FOUND |
| 16 | Black Friady of Deals 2024 |
| 17 | Aryapyper（6-11 days deliverly） |
| 18 | Amober |
| 19 | AAZJSS |
| 20 | mcdzsw |
| 21 | Best Sellers(6-12Day⅄)◀9999+★★★★★▶AMZ-Choice |
| 22 | HXHYQKP Clearance Sales ★★★★ |

1

| | |
|---|---|
| 23 | BDNXTV(8-15 days delivery) |
| 24 | jiaying- |
| 25 | JiNanLingKongMaoYiYouXianGongSi |
| 26 | guoliying123 |
| 27 | Floral Boom |
| 28 | FuLangAAA |
| 29 | tongshanxiandongxuanbaihuopu |
| 30 | JJHAEVDY |
| 31 | Azeralia |
| 32 | forerruti(Deals of The Day Clearance) |
| 33 | Wowhi |
| 34 | value% |
| 35 | RONGLIYI |
| 36 | qyouli |
| 37 | HYAERGF |
| 38 | CONGBEW |
| 39 | prime deals of the day clearance 2024HuiLing Trade |
| 40 | Xian Yuefeng |
| 41 | Barnrae |
| 42 | Fang Yushang |
| 43 | XIQIAM Prime Sale Up to 50% off |
| 44 | QUFECH |
| 45 | XKLVMH Prime Big Deal Days |
| 46 | Black Friday Deals 2024 GAANBODI |
| 47 | GVEYTPHQ Fall Sale 2024 |
| 48 | 2024 HUTJDHA clearance sale |
| 49 | Black Friday Deals 2024 Christmas Sale ➤6-12 days⬎ |
| 50 | Early Black Friday Deals 2024 Sale！ |
| 51 | MANLINGYA |
| 52 | SUIWER |
| 53 | HYYGOCCTV |
| 54 | today prime day deals |
| 55 | LiRenJie12 |
| 56 | CuiHuJuan |
| 57 | MAZHALAI-US |
| 58 | Dealovy |
| 59 | Today's Deals In Bilqis Store |

| | |
|---|---|
| 60 | Loyalty_001 |
| 61 | Kanjinrui Trading |
| 62 | JiNanMengWangXuan |
| 63 | Honey Peach |
| 64 | XIAXOGOOL 7-15 days delivery |
| 65 | FlekmanArt-Prime Day Deals-80% OFF |
| 66 | Wensean |
| 67 | yunhaoNB |
| 68 | Eastood |
| 69 | shilin7856 |
| 70 | TiantianUS |
| 71 | xupeizengart |
| 72 | guangzhouxunshushangmaoyouxiangongsi |
| 73 | wuhanshihaoyumaoyiyouxiangongsi |
| 74 | XiAnQianZhongShengWuKeJi |
| 75 | STM X-04 |
| 76 | beijingrenshandulüshangmaoyouxiangongsi |
| 77 | luohuimukaifushi |
| 78 | shenzhenshiqiandupianmao |
| 79 | He Fei Pang Pu Si Shang Mao You Xian Gong Si |
| 80 | fanminghaozhaobaihuodian |
| 81 | 黑龙江坳何科技有限公司 |
| 82 | HongDongXianMoKaiShangMaoYouXianGongSi |
| 83 | yidushiwajiushangmaodian |
| 84 | MOOUM |
| 85 | zhijiangshichangzhiroushangmaoyouxiangongsi |
| 86 | shun liu |
| 87 | hefeikunyoushangmaoyouxiangongsi |
| 88 | jingkuiwenwangluokejiyouxiangongsi |
| 89 | KeepsakeGiftCorner |
| 90 | Howilath-US |
| 91 | Beauty is a wonderful thing in the world |
| 92 | Amzprint |
| 93 | GOSTRG |
| 94 | ShangleiPhillips |
| 95 | SongXiang12 |
| 96 | xudonggedemsldianpu |

| | |
|---|---|
| 97 | li gao jian |
| 98 | jingjiangshidonghaomaoyiyouxiangongsi |
| 99 | MBTUOP(8-15 days delivery) |
| 100 | BTLYUIOAPE Prime Day Deals Today 2024 |
| 101 | Prime Day Deals Today 2024 JCCDMZSL |
| 102 | JUKYHEBA |
| 103 | LEE SEN |
| 104 | MABUTINGTI October Sales Promotion 2024 |
| 105 | RDEGOOCHA |
| 106 | DAILSA |
| 107 | HANYANLI |
| 108 | Lightning Deals of Today Prime YUTANRAL |
| 109 | UDAUDU ➤6-12 days⇲ |
| 110 | deals of the day lightning deals |
| 111 | SHENGXB |
| 112 | AMXYFBK(7-15 days delivery ) ★ ★ ★ ★ ★ |
| 113 | ADHOWBEW |
| 114 | UQRZAU |
| 115 | YGEWJI |
| 116 | halloween costumes woman 2024 sales |
| 117 | Black of Friday Clearance 2024--VLOUYP |
| 118 | LAM KWONGY |
| 119 | HTQWLP |
| 120 | ★ ★ ★ ★ ★ZCJBWWHF |
| 121 | LAYHTKTL |
| 122 | black friday deals 2024-Stutye |
| 123 | wanhllhdse |
| 124 | xiamenkouzhikangyangkejiyouxiangongsi |
| 125 | dudushangmaoyou |
| 126 | xiamenzhongyahengyewangluokejiyouxiangongsi |
| 127 | youjindefushixiemaopu |
| 128 | xingyexianshinanzhenmeiweisishipinjingyingbu |
| 129 | hongliangjin |
| 130 | qichangbaihuodian |
| 131 | ruchendianzi |
| 132 | wuhanshidonghuxinjishukaifaquzheyubaihuoshanghang |
| 133 | qingwenfuzhuangdian |

| | |
|---|---|
| 134 | junchao |
| 135 | saihanquhainabendijuminrichangshenghuofuwugongzuos |
| 136 | dongpingxianzhengkun |
| 137 | LittleForBig |
| 138 | EXTCUBE |
| 139 | Floleo |
| 140 | Turilly |
| 141 | KUDA Industrial |
| 142 | pimelu clothes store |
| 143 | ZINING0045 |
| 144 | NaRHbrg |
| 145 | CF TQWQT |
| 146 | BOLANQ |
| 147 | sksloeg |
| 148 | Feternal |
| 149 | PURJKPU |
| 150 | Hvyesh |
| 151 | AKOEE Fashion Deals |
| 152 | AOOCHASLIY |
| 153 | KH1552EE |
| 154 | chaoyz258 |
| 155 | Diaonm |
| 156 | Custom Fashion Store |
| 157 | Department stores |
| 158 | Chaojidiao |
| 159 | Geai Co. ltd |