# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: YAZEL MEDIA LLC Vs. The Partnerships

Case Number: 1:26-cv-03329

An appearance is hereby filed by the undersigned as attorney for:
SUGER INTERNATIONAL TRADING LIMITED

Attorney name (type or print): Jason S. Bartell

Firm: Bartell Powell Berg LLP

Street address: 3015A Village Office Place

City/State/Zip: Champaign, IL 61822

Bar ID Number: 6255602
(See item 3 in instructions)

Telephone Number: (217)352-5900

Email Address: jbartell@bartellpowell.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | X Yes | ☐ No |
| Are you a member of the court's general bar? | X Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | X No |
| Are you appearing *pro hac vice*? | ☐ Yes | X No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | X No |

If this is a criminal case, check your status.
- ☐ Retained Counsel
- ☐ Appointed Counsel
  If appointed counsel, are you a
  - ☐ Federal Defender
  - ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 26, 2026

Attorney signature: S/ /s/ Jason S. Bartell
(Use electronic signature if the appearance form is filed electronically.)